IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAIGE PEABODY YAGER, ET AL. | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 12-4789 |
| | : | |
| STARWOOD HOTELS & RESORTS | : | |
| WORLDWIDE, INC., ET AL. | : | |

### ORDER

AND NOW this   3rd   day of   June  , 2013 upon consideration of Defendant Starwood Hotels & Resorts Worldwide, Inc.'s Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P 12(b)(3) (ECF No. 4), and Defendant Sheraton Nassau Beach Resort's Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P 12(b)(3) (ECF No. 13), it is **ORDERED** that Defendants' Motions are **DENIED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J**.